Nov. 2, 2005

- COMPLAINT -

- PLAINTIFF -
KENNETH ROLFE
385 DORCHESTER ST. APT. #10-A
SOUTH BOSTON, MA. 02127

FILED
IN CLERK'S OFFICE
2005 NOV -4 A 10:34
DISTRICT OF MASS.

v.

- DEFENDANT -
COMMONWEALTH OF MASSACHUSETTS
MITT ROMNEY, GOVERNOR
DEPT. OF VETERAN'S SERVICES
600 WASHINGTON ST. SUITE 1100
BOSTON, MA. 02111

05-12291 NMG

I AM A RESIDENT OF SOUTH BOSTON (SUFFOLK COUNTY), AND A CITIZEN OF THE UNITED STATES.
THE DEFENDANT IS THE STATE GOVT. OF MASSACHUSETTS.

I BELIEVE THIS COURT HAS JUR--ISDICTION OVER THIS MATTER.

- FACTS -

THE COMM. OF MA. DEPT. OF VETERANS SVCES. HAS FAILED TO ENFORCE IT'S OWN RULING ON SEPTEMBER 28, 2005, AND CONSPIRED WITH AN AGENT OF THE CITY OF BOSTON'S DEPT. OF

- 1 -

VETERAN'S SERVICES TO WITHHOLD BENEFIT'S OWED TO ME.

MR. WILLIAM BROWN - VETERAN'S AGENT FOR THE CITY OF BOSTON - HAS WILLFULLY AND KNOWINGLY FAILED TO COMPLY WITH AN AGREEMENT SIGNED BY MYSELF, HIMSELF, AND LAWRENCE J. FEENEY - GENERAL COUNSIL FOR THE COMMONWEALTH OF MA. DEPT. OF VETERAN'S SERVICES.

ON NOVEMBER 2, 2005 I CALLED MR. FEENEY AND INFORMED HIM ABOUT MR. BROWN'S DEFIANCE OF THIS AGREEMENT, AND THE SEVERE IMPLICATIONS THIS WAS HAVING ON MY MENTAL AND PHYSICAL HEALTH CONCERNS, AND OF THE IMPLACTIONS THIS WAS HAVING ON MY PERSONAL CARE IN TERMS OF LIVING EXPENSES. ABOUT 2 HRS. LATER I RECIEVED A CALL FROM GAIL ELDRIDGE - PARALEGAL FROM THE OFFICES OF MR. FEENEY - TRYING TO COERCE ME TO COMPLY WITH MR. BROWN'S FURTHER DEMANDS OF ME. SO RATHER THAN ENFORCE THERE OWN RULING, THEY CONSPIRED WITH MR. BROWN IN DEFIANCE OF IT. THE ACTIONS OF MR BROWN HAVE BEEN MALICIOUS AND POSSIBLY -

-2-

CRIMINAL. I HAVE FILED A SEP-
-ERATE LAWSUIT AGAINST THE
CITY OF BOSTON FOR THE ACTIONS
TAKEN BY MR. BROWN.

I NOW REALIZE THAT THIS WHOLE
BUSINESS HAS BEEN A CONSPIRACY
OF HARRASMENT BETWEEN THESE
CITY AND STATE AGENCIES.

I AM A DECORATED VETERAN
WHO HAS SERVED HIS COUNTRY
HONORABLY, AND TO HAVE THIS
KIND OF PAIN AND SUFFERING
INFLICTED ON ME DURING A TIME
OF NEED, AND DURING A TIME OF
RECENT HOSPITALIZATION FOR
TREATMENT OF PHYSICAL AND
MENTAL HEALTH PROBLEMS IS
NOT ONLY AN INSULT TO ALL
VETERAN'S, BUT IS PROBABLY
CRIMINAL.

THE RESULTS OF THIS CON-
-SPIRACY HAVE BEEN ONGOING PAIN
AND SUFFERING TO ME, HOSPITALIZATION
FROM OCT. 5, 2005 THRU NOV. 1, 2006,
FAILURE TO PAY RENT DUE NOV. 1, 2005,
PAST DUE BILLS INCLUDE, RENT, PHONE,
HEAT, ELECTRICITY, ETC., I HAVE
NO FOOD, I CAN NOT GET TO MY
FOLLOW-UP OUTPATIENT TREATMENT,
I CANNOT PAY FOR MY MEDICATIONS.

- 3 -

THIS IS ALL DUE TO ONE PERSON'S ATTEMPT TO BRING PAIN AND SUFFERING TO MY LIFE, AND THE ACTIONS OF THOSE IN THE STATE AGENCY TO CONSPIRE WITH A FELLOW BEAROCRAT RATHER THAN ADDRESS THE CONCERNS OF A SINGLE VETERAN.

I AM SEEKING FROM THIS COURT RELIEF IN THE AMOUNTS PAST DUE TO ME. I AM ALSO SEEKING THE AMOUNT OF SEVEN THOUSAND $ FOR PAIN, AND SUFFERING, AND FOR DAMAGES TO MY OWN INTEGRITY IN THE FORM OF PAST DUE BILLS, AND FOR THE FACT THAT THIS WILL HAVE AN ADVERSE AFFECT ON FUTURE MEDICAL TREATMENT AND MEDICATIONS.

AT THIS TIME I AM DEMANDING THAT THIS COURT SERVE JUDGEMENT AGAINST THE DEFENDANT IN THE AMOUNTS STATED ABOVE, AND THAT THE DEFENDANT CEASE IN IT'S OBSTRUCTION OF IT'S OWN RULING.

Kenneth Rolfe

- 4 -